THE SUMMIT SILK COMPANY, appellant,

*v.*

FIDELITY TRUST COMPANY OF BALTIMORE, a corporation, &c., guardian of Emily E. DeForest, a lunatic, and EMILY E. DEFOREST, respondents.

[Decided October 11th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis and reported in *88 N. J. Eq. 113.*

*Messrs. McDermott & Enright,* for the appellant.

*Messrs. Vredenburgh, Wall & Carey,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—12.

*For reversal*—None.